UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in January 28, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **LUIS MIGUEL TEIXEIRA-SPENCER,** and **OLATUNJI DAWODU,** | : | **VIOLATION:**<br>21 U.S.C. § 846<br>(Conspiracy to Distribute 400 grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl) |
| **Defendants.** | : | |
| | : | **FORFEITURE:**<br>21 U.S.C. § 853 |

## INDICTMENT

The Grand Jury charges that:

At times material to this Indictment:

### DEFINITION OF TERMS

1. Bitcoin ("BTC") was one type of virtual currency that was circulated over the Internet. Generally, BTC was sent and received using a BTC "address," which was like a bank account number and was represented by a case-sensitive string of numbers and letters. Little to no personally identifiable information about the sender or recipient was transmitted in a BTC transaction itself.

2. Darknet markets were commercial websites located within the Tor network's hidden services that could only be accessed using Tor. To access the Tor network, a user had to install freely-available Tor software. Within the Tor network, entire websites were set up as "hidden services." A user could only reach these "hidden services" if the user was using the Tor software and operating in the Tor network.

3. Darknet markets functioned primarily as black markets, selling or brokering transactions involving drugs, weapons, stolen credit card details, and other illicit goods. BTC was the most common method of payment for products or services within darknet markets.

4. AlphaBay Market, Dream Market, Empire Market, and Wall Street Market, were, at various times, popular darknet markets widely used by individuals in the United States and elsewhere to buy and sell illegal narcotics.

## COUNT ONE
### (Drug Distribution Conspiracy)
21 U.S.C. § 846

5. Paragraphs 1 through 4 are incorporated herein.

6. Beginning on or about February of 2017, and continuing through on or about February of 2021, within the District of Columbia and elsewhere, the defendants, **LUIS MIGUEL TEIXEIRA-SPENCER** and **OLATUNJI DAWODU**, did knowingly conspire, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### OBJECTS OF THE CONSPIRACY

7. The objects of the conspiracy were, in substance, as follows:

   a. to traffic narcotics;

   b. to use cryptocurrency and the darknet to conceal the co-conspirators' illicit activities; and

   c. to enrich the co-conspirators from the trafficking of narcotics.

## MANNER AND MEANS

8.     **LUIS MIGUEL TEIXEIRA-SPENCER** sold narcotics, including fentanyl, on numerous darknet markets, including AlphaBay, Dream, Wall Street, and Empire in exchange for BTC.

9.     **LUIS MIGUEL TEIXEIRA-SPENCER** utilized the online moniker "johncarter7" on darknet markets, and used variations of the name, including "LBC Johncarter777" on BTC exchanges.

10.    For example, between in or about February 2017 until Apil of 2020, **LUIS MIGUEL TEIXEIRA-SPENCER** advertised the sale of pills on AlphaBay, Dream, Wall Street, and Empire using the moniker "johncarter7." The pills were frequently described as "oxycodone M30," but some of the advertisements stated that the pills in fact contained fentanyl. For instance, on Wall Street, johncarter7 advertised for sale "oxycodone M30 best in the market," with a listing describing that "these pills are pressed with just the right amount of fentanyl no hot spots to overdose solid product all the way around I been around for years since alpha bay days those that know me same product as before MONEY BACK GUARANTEE."

11.    Johncarter7's darknet sales were conducted as follows:

   a.   The vendor sites would be set up on different darknet markets and were linked through a common email connected to **LUIS MIGUEL TEIXEIRA-SPENCER**;

   b.   Customers would place orders for pills through the darknet market and could communicate with johncarter7 using encrypted messaging;

   c.   **LUIS MIGUEL TEIXEIRA-SPENCER** and **OLATUNJI DAWODU** would obtain packaging and shipping materials;

d. **OLATUNJI DAWODU** would place packages for orders that had been placed over the darknet market in blue boxes or post offices operated by the U.S. Postal Service ("USPS");

e. Packages were typically sent using USPS Priority Mail, with postage that had been paid for in bitcoin;

f. The packages were sent from both South Florida, as well as the Rhode Island area, to buyers across the country, including purchasers in the District of Columbia; and

g. Once the shipments were received by the customer, the darknet market would release funds in BTC, which were held in escrow until the transaction was completed, into the johncarter7 account on the darknet market.

12. **LUIS MIGUEL TEIXEIRA-SPENCER** also communicated with customers through messaging services, such as Jabber. Jabber is an instant messaging service that enables real-time communication between users. Using Jabber, **LUIS MIGUEL TEIXEIRA-SPENCER** would arrange direct transactions with customers, wherein he would communicate with buyers directly regarding shipments of drugs; after receiving bitcoin payment from customers, packages would then be shipped to the customers using the U.S. Postal Service. The packages were shipped in a similar manner as the orders that had been placed on the darknet markets.

## OVERT ACTS

13. The defendants and co-conspirators, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, amongst others, in furtherance of the conspiracy.

4

Darknet Activity

14. In setting up the johncarter7 vendor sites on Dream, Wall Street, and Empire Markets, an email account connected to **LUIS MIGUEL TEIXEIRA-SPENCER** was embedded within the public key for vendor accounts on each of the three markets.

*Undercover Purchases from Darknet Markets*

15. During the course of this investigation, a number of undercover purchases of pills were made, to include:

| Date | Market | Pills Ordered | Controlled Substance |
|---|---|---|---|
| 3/19/19 | Dream | 10 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 3/27/19 | Wall Street | 10 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 4/12/19 | Wall Street | 10 | fentanyl |
| 6/12/19 | Empire | 20 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 6/19/19 | Empire | 50 | fentanyl and acetyl fentanyl, a fentanyl analog |

16. Each of the packages from johncarter7 was shipped via USPS Priority Mail envelopes and packaged in a similar fashion, with labels affixed that displayed return addresses with fictitious names and addresses.

*Direct Purchases from Johncarter7 Using Jabber*

17. In April 2019, johncarter7 posted a Jabber account username on the Wall Street vendor page for future orders. By posting the Jabber contact information, johncarter7 allowed customers to make purchases directly from the vendor, rather than having to place orders through the vendor page.

18. In late April of 2019, undercover officers began communicating with johncarter7 using the Jabber account and arranged multiple purchases of narcotics, including the following:

5

| Date | Pills Ordered | Controlled Substance |
|---|---|---|
| 4/24/19 | 10 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 5/8/19 | 20 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 5/14/19 | 10 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 6/28/19 | 20 | results pending |
| 7/15/19 | 20 | fentanyl and acetyl fentanyl, a fentanyl analog |
| 12/9/19 | 30 | fentanyl and heroin |

19. Each of the packages purchased by the undercover officer using the Jabber messaging application contained pills that were packaged in a similar fashion to the undercover purchases from johncarter7 on the darknet markets.

*SPENCER's Connection to Proceeds of Johncarter7 Pill Sales*

20. The proceeds from certain illicit purchases conducted by johncarter7 were withdrawn to a Bitcoin address ending in 4MW9. That Bitcoin address was linked to more than 100 additional Bitcoin addresses; one of those linked addresses was used to deposit Bitcoin to a Coinbase address on or about May 27, 2017. The deposit was used to process a payment to Expedia for a hotel reservation in Fort Lauderdale, Florida. The traveler's name was **LUIS MIGUEL TEIXEIRA-SPENCER**, with a phone number and email connected to **LUIS MIGUEL TEIXEIRA-SPENCER**.

21. During the undercover purchase on June 28, 2019, johncarter7 provided the undercover officer with a Bitcoin address ending in LmNP to make the payment for the illicit narcotics. During the undercover purchase on December 9, 2019, johncarter7 provided the undercover officer a Bitcoin address ending in DWYF to make the payment for the illicit narcotics. The transactions in June and December of 2019 were ultimately transferred to a Binance account registered with **LUIS MIGUEL TEIXEIRA-SPENCER**'s known email address. The Binance

account that received the johncarter7 proceeds was accessed more than one hundred times from an IP address in the name of **LUIS MIGUEL TEIXEIRA-SPENCER** at the address where **LUIS MIGUEL TEIXEIRA-SPENCER** was living at the time.

*Johncarter7 Shipments*

22.  On or about July 17, 2019, **OLATUNJI DAWODU** deposited USPS Priority Mail envelopes in a USPS mailbox. The packages contained pressed pills and were addressed to individuals located in Connecticut and Colorado. The intended recipients of the two packages confirmed that the pills had been purchased from johncarter7 on the Empire Market.

23.  On or about August 27, 2019, **OLATUNJI DAWODU** made another deposit of packages at a USPS mailbox. Law enforcement seized one package for further investigation and determined that it contained pills similar in appearance to the pills purchased during the undercover and darknet market purchases described above.

*Use of Storage Facility*

24.  On or about September 17, 2019, **LUIS MIGUEL TEIXEIRA-SPENCER** sent **OLATUNJI DAWODU** a message with the address of a storage unit located in Davie, Florida.

25.  **OLATUNJI DAWODU** and **LUIS MIGUEL TEIXEIRA-SPENCER** frequented the storage facility in Davie, Florida. A camera captured **OLATUNJI DAWODU** and **LUIS MIGUEL TEIXEIRA-SPENCER** appearing to use the facility in furtherance of the conspiracy.

> **(Conspiracy to Distribute 400 grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl,** in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a) and (p))

A TRUE BILL:

FOREPERSON.

*michael R. Sherwin/Darby*

Attorney of the United States in
and for the District of Columbia.