UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| LUIS MIGUEL TEIXEIRA-SPENCER, and OLATUNJI DAWODU, | : | VIOLATION:<br>21 U.S.C. § 846<br>(Conspiracy to Distribute Controlled Substances) |
| Defendants. | : | |

## ORDER

Upon consideration of the motion to seal the indictment, arrest warrants, and other related material, it is this 22nd day of February 2021,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the indictment, arrest warrants, and other related material be sealed until further order of the Court. Notwithstanding the sealing, the government may disclose these material in furtherance of its law enforcement and prosecution needs and discovery obligations.

Zia M. Faruqui
United States Magistrate Judge