UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 21-CR-145 (JDB) |
| LUIS MIGUEL TEIXEIRA-SPENCER, : | |
| and OLATUNJI DAWODU, : | |
| : | |
| Defendants. : | |

## NOTICE OF FILING

Attached hereto is the transcript from the Detention Hearing held in the Southern District of Florida on March 31, 2021.

                                                  Respectfully submitted,

                                                  CHANNING D. PHILLIPS
                                                  Acting United States Attorney

By:

                                                  _____/s/_____
                                                  Laura Crane, D.C. Bar 992454
                                                  Assistant United States Attorney
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C. 20001
                                                  (202) 252-7667
                                                  *Laura.crane@usdoj.gov*