UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>OLATUNJI DAWODU,<br><br>   Defendant. | Crim. No. 21-145-2 (JDB) |

**ORDER**

  Upon consideration of [6] the government's Motion for Emergency Review and Appeal of Release Order, the evidence proffered and arguments presented in connection with the government's motion, including at the detention hearing held on April 16, 2021, the entire record herein, the factors enumerated in 18 U.S.C. § 3142(g), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

  **ORDERED** that [6] the government's Motion for Emergency Review and Appeal of Release Order is **GRANTED**; it is further

  **ORDERED** that defendant Olatunji Dawodu shall be detained pending trial; it is further

  **ORDERED** that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; it is further

  **ORDERED** that defendant be afforded reasonable opportunity for private consultation with counsel; and it is further

  **ORDERED** that the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to the United States Marshals Service which shall transport defendant forthwith to the District of Columbia for further proceedings in this matter.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: April 19, 2021