**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LUIS MIGUEL TEIXEIRA-SPENCER**<br>**and OLATUNJI DAWODU,**<br><br>**Defendants.** | **Criminal Case No. 21-145 (JDB)** |

**DUE PROCESS PROTECTIONS ACT ORDER**

Pursuant to the Due Process Protections Act, the Court **ORDERS** that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances.

       **SO ORDERED.**

                                   /s/
                            JOHN D. BATES
                    United States District Judge

Dated:  June 3, 2021