# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.: 21-145 ( JDB)
)
OLATUNJI DAWODU )
)
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____ OLATUNJI DAWODU
Defendant

_____ 8/9/22
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

John D. Bates
Digitally signed by John D. Bates
Date: 2022.08.16 16:24:00 -04'00'

Date: _____

**John D. Bates**

United States District Judge