IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
        v.                        )      CRIMINAL NO. 21-CR-145(JDB)
                                  )      CRIMINAL NO. 21-CR-163(JDB)
                                  )
OLATUNJI DAWODU                   )

**UNOPPOSED MOTION FOR EXTENSION TO FILE SENTENCE MEMO**

COMES NOW the defendant, Olatunji Dawodu through his attorney,  Kira Anne West, and asks for a short extension to file his sentence memo and in support states the following:

The final PSR has not yet been filed by probation in this case and is due December 9. Undersigned counsel is currently in trial before Judge Cooper in *USA v. Egtvedt*, 21-CR-177 (CRC) and the bench trial is going longer than anticipated. Therefore, undersigned counsel cannot devote the time needed to writing her sentence memo that it requires and deserves. Undersigned counsel conferred with AUSA Crane who does not oppose this motion.

Therefore, undersigned counsel asks that she be allowed to file the sentence memo on December 10th, 2022.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
    Kira Anne West
    DC Bar No. 993523
    712  H Street N.E., Unit  509
    Washington, D.C.  20002
    Phone:  202-236-2042
    kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 7th day of December, 2022 a copy of same was delivered to the

parties of record, by email  pursuant to the Covid standing order and the  rules of the Clerk of

Court.

/S/
_____
Kira Anne West