IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 21-CR-145 (JDB) |
| ) | CRIMINAL NO. 21-CR-163 (JDB) |
| ) | |
| OLATUNJI DAWODU    ) | |

## NOTICE OF FILING

The Defendant, Olatunji Dawodu, by and through his counsel, Kira Anne West, hereby gives notice of filing the letters in support as referenced in the defendant's sentence memo.

Respectfully submitted,

KIRA ANNE WEST

By:    /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 14th day of December, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West