December 10, 2022

**<u>To Whom It May Concern</u>**

Dear Judge John Bates,

My name is Olubukola Dawodu, and I am Olatunji Dawodu's younger sister. We spent most of our childhood experiences in Nigeria before relocating to the United States in Fall 2005. We come from a strong Christian, family background where despite being raised by a single mum – we were taught by the Christian values of being humble, honest, and hardworking. Due to our mother's health complication back in 2014, I had to move back to Nigeria to attend to her medical needs. I relocated back to the United States in August 2020, where I have been teaching as a Middle School math teacher – at a public charter school in DC.

Olatunji completed his elementary, high school, and a year in college in Nigeria before proceeding to the U.S. to complete his Bachelor's degree at Johnson and Wales University. I was extremely motivated by how Olatunji was able to work tirelessly to make sure he was able to financially (by working two jobs) and academically succeed to graduate - as we had no form of support. Our father brought us to the U.S. and literally abandoned us. Olatunji has always been a source of constant encouragement and support to me – especially while I was trying to complete my Bachelor's degree at UMass. Olatunji is a selfless individual, and he was a consistent support structure (financial and emotional) for our ailing mom – who has type II diabetes, chronic depression, and coping with the physiotherapy from a life-threatening spinal surgery she underwent a couple years ago. Since we relocated to the U.S., Olatunji has only seen our mom twice in the last 17 years; and it will be appreciated if he is provided the opportunity to reconcile with our mom while she is still with us. It will mean the world to all of us - and most especially to our mom - if you can show some leniency towards Olatunji's matter. While in custody, Olatunji has been diagnosed with diabetes and it is becoming even more difficult for him to cope with regulating his diet as it is now affecting his eyes and feet. Our mom's parents died of Type II diabetes, and my mom and second brother – in Nigeria – are also suffering from the ailment. Please have mercy on Olatunji so he can also remain healthy to reunite with us.

Kind regards,
Olubukola Dawodu

December 09, 2022

To whom it may Concern;

Dear Judge John Bates,

My name is Modupe Dawodu and I have known Olatunji Dawodu all thirty-six (36) years of my life. He is my elder brother. I have always known him to be a responsible and God fearing man as we were raised. Olatunji and my sister (Olubukola) relocated to the United States of America in September 2005 to join our Dad while I remained in Nigeria and took care of our ill mother.

Olatunji is a respectful and family oriented young man, we attended the same primary, high school and college in Nigeria before he relocated to the US. His focus for education and leadership qualities having held various roles in school motivated and ensured I remained focus on my education. He was a youth leader in the community church we attended.

It was extremely shocking when I heard of his arrest from my sister. I would like to plead for justice to be tempered with mercy especially for the sake of our mother whose health is not doing too good. He is a Christian and I am sure he has had time to reflect on wrong decisions or actions he might have taken.

Kindly have mercy on OLATUNJI DAWODU.

God bless you sir.

Yours sincerely,

MODUPE DAWODU

12/05/2022

Honorable Judge John Bates
United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Re: Mr. Olatunji Dawodu

Dear Honorable Judge Bates

It is with great enthusiasm that I am writing this letter on behalf of my family to express our support and to bring to your light all the positive, great characteristics and the kind of person our dear Mr. Dawodu is despite the severity of his charges.

I have known of Mr. Dawodu for quite some time roughly ten years but never had the pleasure to be formally introduced until four years ago. We quickly grew fond of each other and started a lifetime friendship.

Mr. Dawodu is the most compassionate, kindhearted, loyal, wholesome human I have ever met and I truly feel blessed to know and have him in my life. Mr. Dawodu possesses all the characteristics of a teachable person that is aware of his areas of deficiency and brokenness and has taught me that it is safe to admit not to know it all. A firm yet soft spoken person with a great sense of humor. Mr. Dawodu has a very acquiescent heart. I was very fortunate to have been able to spend lots of time sharing, learning and witnessing all the characteristics of a not perfect man but a wonderful human who knows that everything comes and goes, shared everything that came to him with any and all the people that surrounded him.

I have too many and lengthy stories to share to help describe Mr. Dawodu but I would like to share the deep truthful impact his presence has on my children lives and on mine. From their first fishing pole, their first time on a plane, their first trip, to the perspective of their education, the calmness and sense of peace he brought out in them. Mr. Dawodu always told them that education is a stepping stone to the real world, where they will make very important life connections to fulfill and further their future careers. Mr. Dawodu made it very clear to them that college was definitely a priority, no chance for entertaining any arguments to the contrary. To nod respect and show appreciation towards Mr. Dawodu, (after becoming a high school dropout) my oldest son will be pursuing a degree in humanities and psychology. He started his first job and was very eager to share the news with Mr. Dawodu knowing he would be proud. My youngest son wears a pendant with Mr. Dawodu's initials "to have him close to his heart", keeps his hair groomed and wants to become a famous footballer player because he knows "TJ" ( as we refer to call Mr. Dawodu) will always cheer for him. Abruptly wonders about "TJ's" return. Recently mentioned if Mr. Dawodu can be his stepfather and concerned asked if "TJ" will ever leave him. My middle son wants to be a

nurse and already sketched out Mr. Dawodu's future wellbeing plan. Paternal abandonment, anxiety and depression is something my children and Mr. Dawodu have in common, despite of the fact, they are very much deeply emotionally attached to Mr. Dawodu. In spite of their ordeal, they all have given each other the chance of facing vulnerabilities. Children gravitate towards Mr. Dawodu, unconsciously he provides a sense of harmony. Mr. Dawodu shares the sentiment of happy times he experienced during his childhood, nevertheless, the much needed attention, recognition, reassurance and encouragement he lacked while growing up. Reason why children are so fond of him.

I proudly display Mr. Dawodu's college degrees in my home to remind them and never forget from where Mr. Dawodu came from, what he was able to accomplish while all odds were against him and his resilience during one of his toughest years.

Your honor as a child of immigrant parents myself we are unconsciously always trying to make sure we make our parents proud and give them everything (materialistic) we believe they deserve. Mr. Dawodu greatest goal in life is to make his mother proud, for her to boast about her son's success in the greatest country of the world, to repay his mother all the sacrifices and turbulent times they experienced. Our parents never stop mentioning the pain and struggles they endured and in the mist of despair and desperation to repay them before time runs out, poor and not smart decisions are made.

Mr. Dawodu is genuinely a generous human who will share the last piece of bread disregarding his own hunger pain. One last thing I will like to share with you your honor about Mr. Dawodu's persona is how his calm demeanor helped my emotional and mental health. After many years receiving and attending counseling, therapy, yoga and many other things nothing can compare to the great sense of emotion stability, comfort, wellbeing and ability to accomplish and cope with past trauma. To me Mr. Dawodu has the most exceptional traits of an alluring human, kindly manner and celestial. Easy to make sense of wanting to be an idyllic human being. It was through pure serendipitous luck that I met my lifelong friend.

I admire the strength he portrays to us, still putting himself last, not wanting to disturb us, not wanting to add any more distress to our lives. Unselfish as always. Unfortunately Mr. Dawodu never had the chance to learn or see that there is many people who will disguise as a friend when you are a caring giving person and within a few days people who he thought were friends turned their backs on him, lied and stole from the little he had left behind. The uncertainty of when or if he will ever hug and see his mother. The chance of having a child of his own. Mr. Dawodu's heart only cared about everyone surrounding him was taken care of, their family, their necessities.

I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. His family and I are convinced about how remorseful Mr. Dawodu feels. I truly know how much Mr. Dawodu wanted to make use of his degrees, wear a suit and tie, have a 9 to 5 job, take care of his health and have a family of his own. Mr. Dawodu will strive to make amends and I am sure we will get to see his wishes become reality

and endure a fruitful life. To enjoy the ocean, his favorite place, fishing for hours and well deserved mental calmness.

I also respect and recognize the power you wield with regard to the future of this man that will also shift ours.
Your honor I hope I was able to bring to life a glimpse of Mr. Dawodu's true self.


Sincerely,
Yessenia Ruiz

To whom it May concern,

Dear the honorable Judge John Bates,

My name is Vicson Colas and I am writing this letter for the concerns of my alumni brother and Roommate Olatunji Dawadu. I first met TJ as we call him here in New England my sophomore year going into my final year, he took finances and I graduated with a bachelors in criminal justice and computer acctounting. TJ was the assistant manager at the local cvs during college and honestly was the hardest working and most focused on something positive so it is sad that i am writing this letter. We graduated college in 2009 and I remember this clear point in our lives for we were no longer college students but now functioning adults. I have been friends with TJ for over 10 years from graduating college together to holding my first child and being a groomsman at my wedding in 2018. I even met my wife through TJ who was friends with her girlfriend at the time and we have been a pair since. I watched TJ get paid every weekend at cvs and send money western union to his Mom and family and literally we would sit and talk about what we wanted for our futures,kids ,etc unfortunately life has its own plans for us at times. I spent my last 5+ years working for General Dynamic Government contractor building submarines as a nuclear pipefitter and created me a career and famiy and i must admit i haven't been the best of a friend and i feel deep down i should've checked on all my friends after we got older so it hurts me to see a good natured person caught up in a sour scheme.

I moved in with TJ a month or 2 after graduation and we quickly bonded knowing a lot of the same people from school and the small state of RI. I was us 3 all recent grads looking for jobs and i was selling insurance for american income life and also working at fedex and would borrow TJ car for work every day and he not once complained or through a fit, i remember it was a green 1997 lumina and the heat work i would run to work and he would either get a ride or switch cars when i got home. I recall eating ramen noodles for weeks and 5$ chinese food platters for months studying for the RI state Trooper exam and RI correctional officer exam and Tj was right there everyday going to CVS faithfully whether walking in the snow or taking the bus, whether workers called out which was common and he had to work double shifts i can admit he was that relentless worker with an unbelievable courage and ambition. We were young, full of ambition but no solid guidance and that's how we end up here now. I know you will look at the hard facts to determine my brother's fate. I humbly pray that our heavenly Father guides you to help TJ for he is going to pay the consequences regardless. Everytime i see my Mother who just turned 79 years old I think of what his mother must feel as she ages just like my Mother and hasn't seen her son in a far away land. There's no excuses for the actions and I honestly don't know where to start but I do know that this specific person, though ambitious, wouldn't come up with a plan of this size. TJ was the kid wearing crocs in college. He absolutely must have met the wrong friends later in life and must've gotten pretty desperate and discouraged because this kid was going to great places and the most positive one. I am 38 yr old on 12/16/222 i only hope i live long enough to see my brother again in this lifetime for tomorrow is not promised only todays actions

Peace and Blessings

Vic Colas JWU alumni 2009

Dear judge John Bates
12/9/22

I first met my friend Olatunji Dawodu fishing at one of my favorite spots to fish at. Ever since we met we been friends, we love to fish so we fished most of the time I've known him. A honest person, good character, family man, and he always keep his word. I have known him for about five years.

Mr Dawodu is a family man 1st always in a motivated state to push others around him to be positive and make a change whether it's to yourself or your community or others around you. When I had problems my friend helped me lift myself my spirit and made sure that I was ok. He's not a bad person at all, not at all.


Sincerely
James Griffin

To whom it may concern

Dear Judge John Bates 12/9/2022

Tj olatunji dawodu is my dear friend met him in 2018 while fishing and he became my brother and all he did was uplift me and made me a better man in life and society.. he's very big on family and helping anyone in need no matter who you are. When I I was down at times and fighting and arguing with my wife he would always guide me in the right path

olatunji dawodu Is the light of the room always making sure everyone is okay and loves to cook for everyone the pompano man loves to fish and enjoy being around family and friends the real definition of a family man


Yours faithfully
Camoy Baugh

December 8th 2022

To Whom It May Concern,

Dear Judge John Bates,

## **CHARACTER RECOMMENDATION FOR OLATUNJI DAWODU**

My name is Obukeni Okah-Avae and I'm brother-in-law to Olatunji who is currently incarcerated in your esteemed criminal justice system. TJ or Tosin, as we fondly call him, has been such a great support and truly kind person in the five years that I have known him. I have seen his generous spirit at work first hand in the lives of people over here in Nigeria who reached out to him for help and who he did not hesitate to offer assistance to regardless of the inconvenience to himself.

TJ is loved by his friends and family over here – in Nigeria – for his truly selfless nature which we rarely see in a world that has slowly become a place that takes advantage of the weak and good hearted. He has been a great brother and I know that he will continue to prove my words right in spite of the situation he currently finds himself in.

There is a word in our native language that perfectly describes who he is; **OMOLUABI** - it means a good child by nature and one who will not depart from it no matter the situation he finds himself him in.


Yours Truly,
Obukeni Usezi Okah-Avae

December 8th 2022

To Whom It May Concern:

Dear Judge John Bates,

## **Appeal for Olatunji Dawodu**

I'm writing this letter on behalf of Olatunji Dawodu, who is subject to your court. I have known Olatunji for 10 years, and I can attest he is hardworking, caring, responsible and charitable person.

We both went to the same church in Providence Rhode Island. Over those years, Olatunji and I attended the same college at Johnson and Wales University. We also worked together at the United States Post Office. He was a great colleague who motivated me to stay focused.

Olatunji has been a very prominent member of our Nigerian youth organization here in Rhode Island. He gives to the needy and supports the younger ones by giving them encouraging words to stay in school and be a better person in life. On a personal level, Olatunji is a good friend and a productive member of the society. He has been very supportive, reliable and highly respectful. Throughout the years I have known Olatunji, he is a man of his words and the most dependable hardworking person I know.

While the case is about to end, I understand the gravity of the situation and I believe Olatunji has learned a lot from his mistakes. So I beg that you temper justice with mercy in consideration.


Regards,
Oluwaseun Balogun