UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Nos.: 21-cr-00145    JDB |
| v. | : | |
| OLATUNJI DAWODU, | : | |
| Defendant. | : | |

**CONSENT ORDER OF FORFEITURE**

**WHEREAS**, a written plea agreement was filed with this Court and signed by the defendant, Olatunji Dawodu, and his counsel, Kira West, Esq., in which the defendant agreed to plead guilty to Count One in each Indictment (Case Nos. 21-CR-145 and 21-CR-163), charging him with Conspiracy to Distribute 400 grams or More of a Mixture and Substance Containing Fentanyl, in violation of 21 U.S.C. § 846;

**WHEREAS**, the defendant as part of the plea agreement agreed to the forfeiture of the following items in the custody and/or control of the Federal Bureau of Investigation (FBI), including U.S. Currency, digital devices, and cryptocurrency, wallets, and ledgers;

**WHEREAS**, the Indictments further alleged that upon conviction the defendant would forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, and for any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Count One in 21-CR-145 and Count One in 21-CR-163;

**WHEREAS**, on December 16, 2022, the defendant was sentenced for the above offenses to 12 years of incarceration;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the information before it, that: (1) any property constituting or

derived from, any proceeds obtained, directly or indirectly, as the result of the offenses alleged in Count One in 21-CR-145 and Count One in 21-CR-163, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense alleged in Count One is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a); and (2) that a forfeiture order against the defendant is appropriate, as set forth below;

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States pursuant to Title 21, United States Code, Section 853(a): any property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of the offense alleged in Count One in 21-CR-145 and Count One 21-CR-163 and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including the following:

    a. Item 1B167 – One Black 9mm Taurus handgun, serial number TDM35999

    b. Item 1B168 – 50 9mm rounds of ammunition

    c. Item 1B169 – iPhone 5 pink in color, serial number F4GQWC6XGRY8

    d. Item 1B172 – Pink in color iPhone 5, Serial Number C76R4GYAGRYD

    e. Item 1B179 – iPhone black, serial number G6VVXM6LJCL6

    f. Item 1B181 – iPhone white, serial number F4GR84NWGRY8

    g. Item 1B187 – iPad serial number DMPM79RBF4YH

2. The narcotics and narcotics packaging and paraphernalia seized during the search

warrants and undercover purchases will be disposed of consistent with law enforcement protocol.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture shall be made part of the sentence and included in the judgment.

4. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

5. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this __9__ day of January, 2023.

> John D. Bates
> Digitally signed by John D. Bates
> Date: 2023.01.09 09:59:20 -05'00'

JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE